UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH LONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | No. 2:22-cv-01255-MCE-AC<br><br><br><br>ORDER |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED:

The undersigned recuses himself as the judge to whom this case is assigned; all currently scheduled dates in the above-captioned action are VACATED; and the Clerk of the Court is directed to randomly reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

Dated: November 15, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1